

**David McCraw**
Vice President and
Assistant General Counsel

620 Eighth Avenue
New York, NY 10018

tel 212.556-4031
fax 212.556-4634
mccraw@nytimes.com

April 27, 2018

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *New York Times and Charlie Savage v. Federal Bureau of Investigation*,
              No. 17 Civ. 4558 (JPO)

Dear Judge Oetken:

I am counsel for The New York Times Company and Charlie Savage in the above-referenced action, and I write on behalf of both the plaintiffs ("The Times") and the defendant, the Federal Bureau of Investigation (the "FBI").  In this action, The Times sought through the Freedom of Information Act ("FOIA") copies of all memos former FBI Director James Comey wrote memorializing his conversations with President Trump ("the Comey Memos").

I write to notify the Court that The Times has agreed to voluntarily dismiss this case. A stipulation and proposed order of dismissal executed by counsel for the defendant and the undersigned has been sent to the Orders and Judgments Clerk. We respectfully request that the Court endorse the stipulation and enter it as an order of dismissal pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,


_____/s/_____
David E. McCraw

cc:    Jeannette Vargas, AUSA