UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                    Plaintiffs,

      - versus -

FEDERAL BUREAU OF INVESTIGATION,

                    Defendant.

No. 17 Civ. 4558 (JPO)

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel that:

1.    The above-captioned action is voluntarily dismissed with prejudice against defendant the United States Federal Bureau of Investigation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side bearing its own fees and costs.

*[remainder of this page intentionally blank]*

2. This Stipulation may be signed in counterparts.

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

/s/ Jeannette Vargas
By: JEANNETTE VARGAS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2000
Fax: (212) 637-2730
Email: jeannette.vargas@usdoj.gov

*Counsel for Defendant*

Dated: April 27, 2018

/s/ David E. McCraw (CMF)
DAVID E. MCCRAW
Legal Department
The New York Times Company
620 8th Avenue, 18th Floor
New York, NY 10018
Tel: (212) 556-4031
Fax: (212) 556-1009
Email: mccrad@nytimes.com

*Counsel for Plaintiffs*

Dated: April 27, 2018

> The motions at Dkt. Nos. 13 and 17 are denied as moot.
> The Clerk is directed to mark this case as closed.

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

May 1, 2018